UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| SOLEDAD SANCEZ DE LA RIVA,<br><br>　Plaintiff,<br><br>v.<br><br>TERRA KLEAN, INC. a/k/a TERRA KLEAN SOLUTIONS, INC., RAUL PINTO, Individually,<br><br>　Defendants. | §<br>§<br>§<br>§<br>§　　EP-18-CV-00019-FM<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER ENTERING STIPULATION OF DISMISSAL WITH PREJUDICE

On this day the court considered the "Stipulation of Dismissal With Prejudice" ("Stipulation") [ECF No. 19], filed June 27, 2018 by Soledad Sanchez de la Riva, Terra Klean, Inc. a/k/a Terra Klean Solutions, Inc., and Raul Pinto (the "Parties").

Therein, the Parties advise that they stipulate to the dismissal of the present proceeding with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1] The attorneys of all parties have signed the Stipulation, thereby demonstrating their consent.[2] Accordingly, the court **ENTERS** the Parties' "Stipulation of Dismissal with Prejudice" [ECF No. 19].

The Court **INSTRUCTS** the Clerk of the Court to **CLOSE** this case.

**SO ORDERED.**

**SIGNED** this **29th** day of **June, 2018.**

　　　　　　　　　　　　　　　　　　　　_Frank Montalvo_
　　　　　　　　　　　　　　　　　　　　FRANK MONTALVO
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Stip. 1.

[2] *Id.*